# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MATTHEW B. ROMERO,**

    **Plaintiff,**

    v.

**CITY OF MIDDLETOWN, et al.,**

    **Defendants.**

**Case No. 1:19-cv-307**

**JUDGE DOUGLAS R. COLE**

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES WITH PREJUDICE** this action, but provides that any party may, within **30 days** and upon good cause shown, reopen the action if settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

June 28, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**